IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JULIA KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>CEDAR REALTY TRUST, INC., *et al.*,<br><br>    *Defendants*. | Case No. 1:22-cv-1103-GLR |

## JOINT STIPULATION

Defendants, Cedar Realty Trust, Inc., Bruce J. Schanzer, Gregg A. Gonsalves, Abe Eisenstat, Steven G. Rogers, Sabrina Kanner, Darcy D. Morris, Richard H. Ross, and Sharon Stern, and Plaintiff, Julia Kim, by and through their respective undersigned counsel file this Joint Stipulation.

1. Plaintiffs indicated in their Complaint and have since represented in discussions among counsel that they intend to file a motion seeking a preliminary injunction in this action.

4. The parties agree that Defendants' response to the Complaint (ECF No. 1) will be due twenty-one days after the date on which the Court enters an order adjudicating that motion.

Approved this 31st day of May, 2022.

_____/s/_____
Hon. George L. Russell, III
United States District Judge