IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Julia Kim, On behalf of herself and all Others similarly situated,** * | |
| * | No.: 1:22-cv-1103-GLR |
| *Plaintiff* * | |
| v. * | |
| **Cedar Realty Trust, Inc., et al.** * | |
| *Defendants* * | |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiff Julia Kim, on behalf of herself and all other Series C preferred shareholders of Defendant Cedar Realty Trust, Inc. ("Cedar" or the "Company"), moves for a preliminary injunction compelling Cedar to, prior to the close of the Proposed Transaction, as defined herein: (1) seek approval of the Proposed Transaction from the Series C preferred shareholders via a majority vote, and (2) alert Series C preferred shareholders of their right to elect their Conversion Rights under Section 7 of the Articles Supplementary governing their shares.

Further support for this Motion is set forth in the accompanying Memorandum and Exhibits which are attached hereto and incorporated herein.

                                      Respectfully submitted,

                                      */S/    Thomas J. Minton*
                                      Thomas J. Minton – No. 03370
                                      Goldman & Minton, P.C.
                                      3600 Clipper Mill Rd., Suite 201
                                      Baltimore, MD 21211
                                      Tel (410) 783-7575
                                      Fax (410) 783-1711
                                      tminton@charmcitylegal.com

Of counsel:

Matthew T. Hurst
Heffner Hurst
30 North LaSalle Street
Suite 1210
Chicago, Illinois 60602
Phone: (312) 346-3466, Ext. 2
mhurst@heffnerhurst.com


**BERGER MONTAGUE PC**
Lawrence Deutsch
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ldeutsch@bm.net
          aabramowitz@bm.net


                                  Certificate of Service

I hereby certify that on this 2nd day of June 2022, the foregoing Motion and attachments were filed through the Court's ECF system, and that all counsel of record will be served through that system.

                                      /S/ Thomas J. Minton
                                      Thomas J. Minton – No. 03370