IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JULIA KIM, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CEDAR REALTY TRUST, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:22-cv-1103-GLR |

## JOINT STIPULATION

Defendants, Cedar Realty Trust, Inc., Bruce J. Schanzer, Gregg A. Gonsalves, Abe Eisenstat, Steven G. Rogers, Sabrina Kanner, Darcy D. Morris, Richard H. Ross, and Sharon Stern, and Plaintiff, Julia Kim, by and through their respective undersigned counsel file this Joint Stipulation.

1. On June 2, 2022, Plaintiff filed a Motion for Preliminary Injunction (ECF No. 11).

2. The parties agree that Defendants' Opposition to the Motion for Preliminary Injunction will be filed on or before 1:00p.m. on June 14, 2022 and Plaintiff's Reply brief will be filed on or before 1:00p.m. on June 17, 2022.

3. This Motion for Preliminary Injunction will be heard during the previously scheduled Hearing in the related case, *David Sydney, et al. v. Cedar Realty Trust, Inc., et al.* Civil Action No. GLR-22-1142 on June 22 at 10:00 a.m. in Courtroom 7A.

Approved this _____ day of June, 2022.

_____
Hon. George L. Russell, III
United States District Judge

117709\000001\4869-0376-7843.v1

June 6, 2022                                    By:  */s/ William M. Krulak, Jr.*

        William M. Krulak, Jr. (Fed. Bar No. 26452)
        Megan J. McGinnis (Fed. Bar No. 12810)
        MILES & STOCKBRIDGE P.C.
        100 Light Street
        Baltimore, Maryland 21202
        T/F: 410-385-3727
        wkrulak@milesstockbridge.com
        mmcginnis@milesstockbridge.com

        Joshua R. Chazen (Fed. Bar No. 06837)
        MILES & STOCKBRIDGE P.C.
        11 North Washington Street
        Rockville, Maryland 20850
        T/F: 202-465-8388
        jchazen@milesstockbridge.com

        Douglas H. Flaum (*pro hac vice* pending)
        GOODWIN PROCTER LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018-1405
        Telephone: (212) 813-8800
        Facsimile: (212) 355-3333
        dflaum@goodwinlaw.com

        Jennifer Burns Luz (admitted *pro hac vice*)
        GOODWIN PROCTER LLP
        100 Northern Avenue
        Boston, MA 02210
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231
        jluz@goodwinlaw.com

        *Counsel for Defendants Cedar Realty Trust, Inc., Bruce J. Schanzer, Gregg A. Gonsalves, Abe Eisenstat, Steven G. Rogers, Sabrina Kanner, Darcy D. Morris, Richard H. Ross, and Sharon Stern*

By: /s/   *Thomas J. Minton*
Thomas J. Minton (Fed Bar No. 03370)
Goldman & Minton, P.C.
3600 Clipper Mill Rd., Suite 201
Baltimore, MD 21211
Tel (410) 783-7575
Fax (410) 783-1711
tminton@charmcitylegal.com

*Counsel for Plaintiff*