THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE CEDAR REALTY TRUST, INC. PREFERRED SHAREHOLDER LITIGATION | Case No. 8:22-CV-1103-GLR |

## ORDER

THIS MATTER came to be heard before the Court upon Plaintiffs' Motion for Leave to File Their Consolidated Amended Class Action Complaint ("Complaint") Under Seal Pursuant to Local Rules 104.13(c) and 105.11. (ECF No. 34).

IT IS THIS 29TH DAY OF AUGUST, 2022, HEREBY:

ORDERED that Plaintiffs' Motion is GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs shall file a redacted copy of the Complaint within fourteen (14) days of the date of this Order.

/s/
George L. Russell, III
United States District Judge