IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JULIA KIM, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-22-1103 |
| CEDAR REALTY TRUST, INC., et al., | * | |
| Defendants. | * | |
| | *** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 1st day of August, 2023, by the United States District Court for the District of Maryland, hereby:

ORDERED that Defendants Abe Eisentat, Gregg A. Gonzalves, Sabrina Kanner, Darcy D. Morris, Steven G. Rogers, Richard H. Ross, Bruce J. Schanzer, and Sharon Stern's Motion to Dismiss (ECF No. 41) is GRANTED;

IT IS FURTHER ORDERED that Defendants Cedar Realty Trust Partnership, L.P., Cedar Realty Trust, Inc., and Wheeler Real Estate Investment Trust, Inc.'s Motion to Dismiss (ECF No. 42) is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs J. Renee Brennan Living Trust, Kenneth Kamholz, Julia Kim, Martin Novick, Scot Schroepfer, and David Sydney's Motion to Strike, or in the Alternative, Take Judicial Notice (ECF No. 51) is GRANTED;

IT IS FURTHER ORDERED that the Clerk shall STRIKE Defendants' Exhibit (ECF No. 48-1) from the record;

IT IS FURTHER ORDERED that Plaintiffs' Motion to Certify Question of Law to the Maryland Supreme Court (ECF No. 60) is DENIED;

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

/s/
George L. Russell, III
United States District Judge