### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE CEDAR REALTY TRUST, INC., PREFERRED SHAREHOLDER LITIGATION | CONSOLIDATED<br><br>Case No.: 8:22-cv-1103-GLR |

### NOTICE OF APPEAL

Notice is hereby given that J. Renee Brennan Living Trust, Kenneth Kamholz, Julia Kim, Martin Novick, Scott Schroepfer, and David Sydney, plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order of the United States District Court for the District of Maryland (Russell, D.J.) ("Court") entered on August 1, 2023 (Dkt. No. 80), as well as from the underlying Memorandum Opinion of the Court dated August 1, 2023. (Dkt. No. 79).

Dated: August 28, 2023

*/s/  Donald J. Enright*

**LEVI & KORSINSKY LLP**
Donald J. Enright
Bar Number: 13551
1101 Vermont Ave., NW, Suite 700
Washington, DC 20005
Tel: (202) 524-4290
Fax: (212) 363-7171
denright@zlk.com

**WOHL & FRUCHTER LLP**
Joshua E. Fruchter (*admitted pro hac vice*)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Tel: (845) 290-6818

1

jfruchter@wohlfruchter.com

**HEFFNER HURST**
Matthew Heffner
Matthew Hurst
30 North LaSalle Street, Suite 1210
Chicago, Illinois 60602
Tel: (312) 346-3466
mheffner@heffnerhurst.com
mhurst@heffnerhurst.com

**BERGER MONTAGUE PC**
Michael Dell'Angelo
Lawrence Deutsch
Andrew Abramowitz
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3062
ldeutsch@bm.net
aabramowitz@bm.net

*Counsel for Plaintiffs and [Proposed] Lead Counsel for Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, service required by Fed. R. Civ. P. 5(a) has been made of the foregoing Notice of Appeal.

_/s/   Donald J. Enright_
(Bar. No. 13551)
