FILED:  October 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1905
(1:22-cv-01103-GLR)

_____

JULIA KIM; DAVID SYDNEY; MARTIN NOVICK; J. RENEE BRENNAN
LIVING TRUST; SCOTT SCHROEPFER; KENNETH KAMHOLZ

        Plaintiffs - Appellants

v.

CEDAR REALTY TRUST, INC.; BRUCE J. SCHANZER; GREGG A.
GONSALVES; ABE EISENSTAT; STEVEN G. ROGERS; SABRINA
KANNER; DARCY D. MORRIS; RICHARD H. ROSS; SHARON STERN;
CEDAR REALTY TRUST PARTNERSHIP, L.P.; WHEELER REAL ESTATE
INVESTMENT TRUST, INC.

        Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Chief Judge Diaz, Judge Niemeyer, and

Judge Richardson.

For the Court

/s/ Nwamaka Anowi, Clerk