FILED: October 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1905
(1:22-cv-01103-GLR)

_____

JULIA KIM; DAVID SYDNEY; MARTIN NOVICK; J. RENEE BRENNAN LIVING TRUST; SCOTT SCHROEPFER; KENNETH KAMHOLZ

      Plaintiffs - Appellants

v.

CEDAR REALTY TRUST, INC.; BRUCE J. SCHANZER; GREGG A. GONSALVES; ABE EISENSTAT; STEVEN G. ROGERS; SABRINA KANNER; DARCY D. MORRIS; RICHARD H. ROSS; SHARON STERN; CEDAR REALTY TRUST PARTNERSHIP, L.P.; WHEELER REAL ESTATE INVESTMENT TRUST, INC.

      Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered September 4, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                 /s/Nwamaka Anowi, Clerk